# Court of Appeals
# of the State of Georgia

ATLANTA,  October 27, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0504. CHRISTOPHER SCOTT BORUM v. THE STATE.

In 2007, Christopher Scott Borum pled guilty to multiple counts, including enticing a child for indecent purposes, statutory rape, and child molestation. In 2019, Borum filed a motion to correct a mistake or clerical error in the sentence. The trial court entered an order denying the motion on July 6, 2020, and Borum filed an application for discretionary appeal from that order. This Court granted Borum's discretionary application on September 2, 2020, giving him ten days to file a notice of appeal in the trial court. See Case No. A21D0041. Borum then filed a notice of appeal on September 21, 2020. We, however, lack jurisdiction because Borum's notice appeal was not timely filed.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the order to be appealed. Under OCGA § 5-6-35 (g), a notice of appeal must be filed within 10 days after entry of the order granting a discretionary application. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000). Here, Borum filed his notice of appeal more than 60 days after the trial court entered its order, and more than 10 days after this Court granted his discretionary application. Although Borum filed a motion for reconsideration in the trial court, which the trial court denied on September 9, 2020, such a motion neither extends the time for filing a challenge to an appealable order nor is appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  10/27/2020*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*